IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony P Turner,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Frontier Airlines Incorporated,<br><br>　　　　　Defendant. | No. CV-23-00139-PHX-DLR<br><br>**ORDER** |

　　　　Plaintiff's application for a fee waiver (Doc. 2) is granted.  The Court must dismiss a case proceeding under a fee waiver if it fails to state a claim. 28 U.S.C. § 1915(e)(2); *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000). Here, Plaintiff says he is bringing claims against Defendant Frontier Airlines Incorporated ("Frontier") under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) and 42 U.S.C. § 1983 for violating his constitutional right to travel by having him removed from a flight. *Bivens* applies when federal officials deprive a plaintiff of constitutional rights, and § 1983 applies when state or local officials (or those acting under color of state law) deprive a plaintiff of constitutional rights. Frontier is a private company. It is not a federal, state, or local official, and the complaint contains no allegations explaining how Frontier plausibly acted under color of state law. For these reasons, the complaint fails to state a claim and must be dismissed.

　　　　The Court will give Plaintiff an opportunity to amend his complaint if he believes

he can allege a plausible claim against Frontier in federal court. Plaintiff is encouraged to review the resources for self-represented litigants available on the Court's public website, www.azd.uscourts.gov. In the upper right corner of the homepage, Plaintiff will find a link titled "For those Proceeding Without an Attorney." If he clicks that link, he will find many resources, including the Handbook for Self-Represented Litigants, copies of the Federal and Local Rules of Civil Procedure, and links to the Court's Advice-Only Clinic.

**IT IS ORDERED** as follows:

1. Plaintiff's application for a fee waiver (Doc. 2) is **GRANTED**.
2. Plaintiff's complaint (Doc. 1) is **DISMISSED** for failure to state a claim.
3. Plaintiff shall have until **February 21, 2023** in which to file an amended complaint, if he so chooses. If Plaintiff does not file an amended complaint by that date, the Clerk of the Court is directed to terminate this case without further order.

Dated this 24th day of January, 2023.

Douglas L. Rayes
United States District Judge