IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony P Turner, | No. CV-23-00139-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Frontier Airlines Incorporated, | |
| Defendant. | |

On January 24, 2023, the Court dismissed Plaintiff's complaint for failure to state a claim. (Doc. 5.) The Court noted that Plaintiff's complaint purported to bring claims against Defendant Frontier Airlines Incorporated ("Frontier") under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) and 42 U.S.C. § 1983 for violating his constitutional right to travel, but Plaintiff failed to allege any facts showing that Frontier, a private company, is a federal, state, or local official, or otherwise acted under color of state law. The Court gave Plaintiff leave to amend his complaint if he believed he could cure the deficiencies.

On January 30, 2023, Plaintiff filed an amended complaint. This amended version unchecks the box for § 1983 but continues to assert a *Bivens* claim against Frontier. This amendment does not cure the deficiencies identified in the Court's prior order. Frontier is a private company, and nothing in Plaintiff's complaint indicates that Frontier is a federal official that may be held liable under *Bivens*. For these reasons,

1          **IT IS ORDERED** that Plaintiff's amended complaint is **DISMISSED**. The Clerk

2    of the Court is directed to terminate this case.

3          Dated this 30th day of January, 2023.

4

5

6

7    _____
     Douglas L. Rayes
8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28