☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 0 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF | PHoENiX  AZ |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | CV23-00139-PHX-DLR |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | JAN 23 2023 |

Date of judgment or order you are appealing: | JAN 30, 2023 |

Docket entry number of judgment or order you are appealing: | CV-23-00139-PHX-DLR |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ☒ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

| ANthony P. Turner. |

Is this a cross-appeal?  ○ Yes  ☒ No
If yes, what is the first appeal case number? |  |
Was there a previous appeal in this case?  ○ Yes  ☒ No
If yes, what is the prior appeal case number? |  |

Your mailing address (if pro se):

| 4121 N 33 Drive. Apt # 8, PHoENiX AZ 85017 |

City: | PHoENix |  State: | AZ |  Zip Code: | 85017 |

Prisoner Inmate or A Number (if applicable): |  |

Signature | /s/ [signature] |   Date | 3-6-23 |

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                              Rev. 06/09/2022

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> Anthony Turner

Name(s) of counsel (if any):

Address: 4121 N. 33 Dr Apt # 8 Phoenix AZ 85017

Telephone number(s): 331-235-6072

Email(s): TonyTurner1164@yahoo.c

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ☒ No

**Appellees**

Name(s) of party/parties:

> Frontier Airline
>
> CV23-00139-PHX-DLR

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                          2                                    New 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Anthony P. Turner

Name(s) of counsel (if any):

> 

Address: 4121. N. 33. Drive, Apt. # 8

Telephone number(s): 331-235-6072

Email(s): Tony Turner 1164@yahoo.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> CV23-00139-PHX-DLR
>
> Frontier Air Line

Name(s) of counsel (if any):

> 

Address: 

Telephone number(s): 

Email(s): 

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*