UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY P TURNER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>FRONTIER AIRLINES INCORPORATED,<br><br>        Defendant - Appellee. | No. 23-15322<br><br>D.C. No. 2:23-cv-00139-DLR<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered September 22, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT